For full opinion see 173 NE 179; 36 Oh Ap 295 (Oh Bar 12-2-30).

**ADAMS, Exr. et v FOLEY, et**

Ohio Appeals, 5th Dist, Richland Co
Decided April 9, 1929